[No. 7802–3–II.  Division Two.  October 17, 1986.]

ARTHUR A. BLAUVELT III, *Respondent,* v. JACK
L. BURTCH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 83–2–00411–6, David R. Draper, J.,
entered May 4, 1984. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 7909–7–II.  Division Two.  October 17, 1986.]

ROBERT HILTON, ET AL, *Respondents,* v. J & F
CLEANERS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–2–02947–9, Floyd V. Hicks, J., entered
June 19, 1984. *Affirmed* by unpublished opinion per Reed,
J., concurred in by Worswick, C.J., and Petrich, J.

[No. 7549–1–II.  Division Two.  October 17, 1986.]

THOMAS J. CROMIE, ET AL, *Respondents,* v. ELIZABETH
STENSRUD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 288897, Nile E. Aubrey, J., entered January 27,
1984. *Affirmed* by unpublished opinion per Reed, J., con-
curred in by Worswick, C.J., and Petrich, J.